IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00849-WYD-BNB

NATHANAEL OLSON,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT having reviewed the Stipulated Motion to Dismiss (ECF No. 13) and being fully advised in the premises, DOES HEREBY ORDER that this motion is **GRANTED.**  Thus, this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

    Dated:  May 9, 2014

                                BY THE COURT:


                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge